IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLABO INNOVATIONS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 16-197-SLR-SRF |
| | ) |
| OMNIVISION TECHNOLOGIES, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 14th day of February, 2017, having considered the Report and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on January 25, 2017, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 39) is adopted.

2. OmniVision's motion to transfer is denied (D.I. 8).

3. OmniVision's motion to dismiss Collabo's claims for indirect infringement (D.I. 19) is granted-in-part, to the extent that those claims assert causes of action for pre-filing conduct.

Senior United States District Judge